FILED

IN THE UNITED STATES DISTRICT COURT 2018 MAY 23  PM 4: 44
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | **JUDGE PEARSON** |
| | ) | |
| v. | ) | CASE NO. 5 : 18  CR  265 |
| | ) | Title 26, Sections 5861(d) and |
| CHARLES FORTNEY, | ) | 5871, United States Code |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Receive/Possess Firearm Not Registered In National Firearm Registration,
in violation of 26 U.S.C. § 5861(d))

The Grand Jury charges:

On or about March 5, 2018, in the Northern District of Ohio, Eastern Division,

Defendant, CHARLES FORTNEY did knowingly and unlawfully possess a firearm as defined in

Title 26, Sections 5845(a)(5), United States Code, that is, a weapon made from a pistol, within

the meaning of Title 26, Sections 5845(a) and (e), United States Code, and more particularly

described as a Kel-Tec model PLR-16, 5.56mm caliber firearm, serial number PON77, modified

with a forward vertical grip, which firearm had not been registered to him in the National

Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States

Code, in violation of Title 26, Sections 5861(d) and 5871, United States Code.

FORFEITURE

The Grand Jury further charges:

The allegations of Count 1 are hereby re-alleged and incorporated by reference as if fully

set forth herein for the purpose of alleging forfeiture pursuant to 26 U.S.C. § 5872 and 28 U.S.C.

§ 2461.  As a result of this offense, CHARLES FORTNEY, the defendant herein, shall forfeit to

the United States any and all firearms involved in such violation; including, but not limited to, the following:

      a.)    Kel-Tec model PLR-16, 5.56mm caliber firearm, serial number PON77 (modified with a forward vertical grip), and any ammunition.

A TRUE BILL.

Original document  - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.